**Affirmed and Memorandum Opinion filed April 2, 2013.**



In The

# Fourteenth Court of Appeals

---

**NO. 14-12-00287-CR**
**NO. 14-12-00288-CR**

---

**KELLYE HENSKE CARTWRIGHT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 21st District Court**
**Washington County, Texas**
**Trial Court Cause Nos. 13,934 & 14,493**

---

## M E M O R A N D U M   O P I N I O N

Appellant entered a plea of guilty to two counts of felony driving while intoxicated and was placed on probation. On March 6, 2012, the trial court revoked appellant's probation and sentenced appellant to five years' confinement in cause number 13,934, and ten years' confinement in cause number 14,493. Appellant filed a timely notice of appeal.

Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). As of this date, more than forty-five days have passed and no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgment of the trial court is affirmed.


PER CURIAM


Panel consists of Justices Frost, Brown, and Busby.
Do Not Publish - TEX. R. APP. P. 47.2(b)